# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                                      **PLAINTIFF**

**VS.**                                                                           **CRIMINAL ACTION NUMBER: 3:09MJ-262**

**HERIBERTO MONDRAGON-NOVA**                                                                                      **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable James D. Moyer, United States Magistrate Judge and was called in open Court on September 30, 2009 to conduct an initial appearance on a felony complaint.

APPEARANCES

| | |
|---|---|
| For the United States: | Larry E. Fentress, Assistant United States Attorney |
| For the defendant: | Defendant, Heriberto Mondragon-Nova - Present and in custody |
| Interpreter: | Teresa Thorpe - Spanish |
| Court Reporter: | Digitally Recorded Proceedings |

At the initial appearance the defendant acknowledged his identity, was furnished with a copy of the complaint, was advised of the nature of the charges therein and was advised of his rights.  The defendant was questioned under oath regarding his ability to afford counsel and it was determined that he was eligible for appointment of counsel.  The Court will appoint the Office of the Federal Defender to represent the defendant in all future hearings before the Court.

The United States having moved for detention,

**IT IS HEREBY ORDERED** that this case is scheduled for a combined preliminary and detention hearing on **October 1, 2009 at 2:30 p.m.**  before Dave Whalin, United States Magistrate Judge.  An interpreter will be necessary for the hearing.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the U.S. Marshal.

This 1st day of October, 2009.

                                              **ENTERED BY ORDER OF THE COURT:**
                                              **JAMES D. MOYER**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **JEFFREY A. APPERSON, CLERK**
                                              **BY: /s/ Kathryn D. Niemann**
                                              **Kathryn D. Niemann - Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        U.S. Marshal
        Counsel for Defendant

0|5